UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

CASE NO.: 502021CA011853XXXXMB

RICHARD TOWNSEND,

    Plaintiff,

v.

CITY OF BOCA RATON, FLORIDA,
a Florida municipal corporation, and
ADAM KENISTON, individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the City of Boca Raton (the "City"), and Adam Keniston ("Officer Keniston") (collectively, the "Defendants"), Defendants in this civil action, hereby remove this action from the Fifteenth Judicial Circuit in and for Palm Beach County to the United States District Court for the Southern District of Florida. Removal is based on federal question jurisdiction because a federal question appears on the face of the Amended Complaint served by Plaintiff, Richard Townsend, on the Defendants. In support of this notice of removal, the Defendants state as follow:

    1.    The Defendants are named as defendants in a civil action originally filed in the Fifteenth Judicial Circuit in and for Palm Beach County, Case No. 502021CA011853XXXXMB (the "Amended Complaint"). This state court is located within the Southern District of Florida.

    2.    The original complaint alleged only state causes of action, and there is an absence of diversity of citizenship between the parties.

3. Plaintiff moved for leave to file the Amended Complaint in February 2023. Thereafter, the court entered an agreed order permitting filing of the Amended Complaint. The Amended Complaint added 42 U.S.C. § 1983 claims against the Defendants.

4. Per the agreed order, the Amended Complaint was deemed filed as of the date of the agreed order: March 13, 2023. Therefore, this case has been timely removed within 30 days after receipt by the Defendants of a copy of an amended pleading from which it was first ascertained that the case is one which has become removable. 28 U.S.C. § 1446(b)(3).

5. A civil cover sheet (Exhibit "1"); a copy of the Amended Complaint (Exhibit "2"); a copy of the agreed order permitting filing of the amended complaint (Exhibit "3"); and all process, pleadings and orders served on Defendants in this case (Composite Exhibit "4") are attached hereto, pursuant to 28 U.S.C. 1446(a).

6. All Defendants are represented by undersigned counsel, and all Defendants hereby consent to removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A), as represented herein and signed by counsel representing the Defendants. *See Mitsui Lines Ltd. v. CSX Intermodal Inc.*, 564 F. Supp. 2d 1357, 1360-61 (S.D. Fla. July 11, 2008) (quoting *Getty Oil Corp. v. Ins. Co. of N.A.*, 841 F.2d 1254, 1262 n.11 (5th Cir. 1988)) (explaining that "there must be some timely written indication from each served defendant, or from some person or entity purporting to formally act on its behalf in this respect and to have authority to do so, that it was actually consented to such action."), *abrogation recognized on other grounds by Bank of Am., N.A. v. Zaskey*, No. 9:15-CV-81325-ROSENBERG/HOPKINS, 2016 WL 285156, at *3-4 (S.D. Fla. Jan. 25, 2016).

[ REMINDER OF PAGE INTENTIONALLY LEFT BLANK ]

## BASIS FOR JURISDICTION

7. Pursuant to 28 U.S.C. § 1331, this Court has original federal question jurisdiction over the Amended Complaint in that the Plaintiff has asserted (in Counts IV, V, and VI) claims under 42 U.S.C. § 1983.

8. This Court has supplemental jurisdiction over the remaining claims: false arrest as to the City (Count I); malicious prosecution as to Officer Keniston (Count II); and trespass as to Officer Keniston (Count III) pursuant to 28 U.S.C. § 1367(a).

## PROCEDURAL MATTERS

9. The City has tendered the filing fee of $402 to the Clerk of Court along with the original of this Notice of Removal.

10. Venue is proper under 28 U.S.C. § 1441(a) because the state court where the suit is pending is located in the Southern District of Florida.

11. A copy of the Notice of Removal is being contemporaneously filed with the Fifteenth Judicial Circuit in and for Palm Beach County, pursuant to 28 U.S.C. § 1446(d), and the Defendants are otherwise notifying the adverse party of the removal via service of this Notice.

**WHEREFORE**, the Defendants remove this action, now pending in the Fifteenth Judicial Circuit in and for Palm Beach County, to this Court, and respectfully request this Court to assume jurisdiction over this matter.

[ REMINDER OF PAGE INTENTIONALLY LEFT BLANK ]

Dated: April 11, 2023

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Defendants City of Boca Raton and Adam Keniston*
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL  33301
Telephone: 954-763-4242 | Fax: 954-764-7770

By: /s/ *Blayne J. Yudis*
DANIEL L. ABBOTT
Florida Bar No.  767115
Primary e-mail:  dabbott@wsh-law.com
Secondary e-mail: pgrotto@wsh-law.com
BLAYNE J. YUDIS
Florida Bar No.  1026208
Primary e-mail:  byudis@wsh-law.com
Secondary e-mail:  lbrewley@wsh-law.com

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail on the 11th day of April, 2023 on all counsel or parties of record on the Service List below.

By: /s/ *Blayne J. Yudis*
Blayne J. Yudis

### SERVICE LIST

| | |
|---|---|
| Valentin Rodriguez, Esq.<br>Valentin Rodriguez, P.A.<br>*Attorneys for Plaintiff*<br>2465 Mercer Ave., Suite 301<br>West Palm Beach, FL  33401<br>Telephone:  (561) 832-7510<br><br>defend@bellsouth.net | Daniel L. Abbott, Esq.<br>Blayne J. Yudis, Esq.<br>WEISS SEROTA HELFMAN<br>COLE & BIERMAN, P.L.<br>*Attorneys for Defendants*<br>200 E. Broward Blvd., Suite 1900<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 763-4242<br><br>dabbott@wsh-law.com  (primary)<br>pgrotto@wsh-law.com (secondary<br>byudis@wsh-law.com (primary)<br>lbrewley@wsh-law.com (secondary) |